IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAINT JOSEPH HEALTH SYSTEM, INC. )
d/b/a SAINT JOSEPH – LONDON )
1001 Saint Joseph Drive )
London, KY 40741 )
 )
      Plaintiff, )
 )
v. ) Case No. _____
 )
UNITED STATES DEPARTMENT )
OF HEALTH AND HUMAN SERVICES )
200 Independence Avenue, S.W. )
Washington, D.C. 20201 )
 )
      Defendant. )
_____)

## CERTIFICATE REQUIRED BY LCvR 65.1

Pursuant to Local Rule 65.1, I hereby certify that on this 9th day of September, 2014, I gave actual notice at the time of making application for a Temporary Restraining Order in this action by delivering copies, by electronic mail, of the Complaint, Application/Motion for Temporary Restraining Order, Application/Motion for Preliminary Injunction, the Memorandum of Points and Authorities in Support of the Applications, the supporting Declaration, and proposed Orders, to:

    Mr. Greg Demske, Chief Counsel
    Ms. Jill Wright, Senior Counsel
    Ms. Robin Brooks, Director, Freedom of Information
    Office of the Inspector General
    United States Department of
     Health and Human Services
    200 Independence Avenue, S.W.
    Washington, D.C. 20201
    Email: Gregory.Demske@oig.hhs.gov
    Jill.Wright@oig.hhs.gov
    Robin.Brooks@oig.hhs.gov

Dated:   September 9, 2014

Respectfully submitted,

_____
George E. Kostel (DC Bar No. 1000015)

_____
Emil Hirsch  (DC Bar No. 930479)

_____
Steven A. Pozefsky (DC Bar No. 477349)
**POLSINELLI**
1401 Eye Street NW, Suite 800
Washington, D.C. 20005
Telephone:  (202) 783-3300
Facsimile: (202) 783-3535
Email:  gkostel@polsinelli.com
ehirsch@polsinelli.com
spozefsky@polsinelli.com
*Attorneys for Plaintiff*

2