IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT JOSEPH HEALTH SYSTEM, INC.<br>d/b/a SAINT JOSEPH – LONDON<br>1001 Saint Joseph Drive<br>London, KY 40741<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HEALTH AND HUMAN SERVICES<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TEMPORARY RESTRAINING ORDER ENJOINING
PRODUCTION OF DOCUMENTS**

This matter is before the Court on Plaintiff Saint Joseph Health System, Inc., d/b/a Saint Joseph – London's ("SJL's") Application for Temporary Restraining Order, supporting Memorandum, supporting Declaration, the record herein, and the law applicable thereto. The Court has also reviewed SJL's Local Rule 65.1 Certificate and determined that notice of this proceeding has been provided to the Defendant. Accordingly, it is this _____ day of September 2014

  ORDERED, that Plaintiff's Application is GRANTED; and it is further

  ORDERED, that, as of the date of this order and until the _____ day of September, 2014, Defendant United States Department of Health and Human Services ("HHS"), its officers, agents, and employees, and all other persons in active concert or participation with them, are temporarily restrained from executing or implementing in any way HHS's September 5, 2014 decision, in response to a request made pursuant to the Freedom of Information Act, to release

SJL's confidential, proprietary, and privileged commercial and financial information having Bates-numbers OCIG-000086-0000174, relating to the negotiation of SJL's Corporate Integrity Agreement with HHS, and other communications between SJL and HHS regarding the performance of cardiology procedures at SJL. This Order is being issued to serve the public interest and to prevent immediate and irreparable harm to SJL from the release of information that should not be publicly released pursuant to 5 U.S.C. § 552(b)(4) (Exemption 4 to the Freedom of Information Act) and 18 U.S.C. § 1905 (the Trade Secrets Act). The documents not objected to by SJL are not affected by this Order.

_____
United States District Court Judge